# United States Court of Appeals for the Federal Circuit

---

**JACK L. FROLOW,**
*Plaintiff-Appellant,*

**v.**

**WILSON SPORTING GOODS CO.,**
*Defendant-Appellee.*

---

2012-1185

---

Appeal from the United States District Court for the District of New Jersey in No. 05-CV-4813, Judge Freda L. Wolfson.

---

Decided: March 15, 2013

---

ARTHUR M. PESLAK, Gertber, Mandel & Peslak, LLC, of Lakewood, New Jersey, argued for the plaintiff-appellant. Of counsel was MANNY D. POLOTILOW, Caesar, Rivise, Bernstein, Cohen, of Philadelphia, Pennsylvania.

JEFFREY A. KEY, Key & Associates, of Chicago, Illinois, argued for defendant-appellee.

---

Before NEWMAN, CLEVENGER, and MOORE, *Circuit Judges*.